**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **PHILADELPHIA INDEMNITY INSURANCE COMPANY,** | § § § § | |
| Plaintiff, | § § | **CASE NO. 4:17-CV-00697-O** |
| vs. | § § | |
| **MOTOCICLETTA, INC.,** | § § | |
| Defendant. | § § § § | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Consolidate. ECF No. 4.  The Court, having considered the Motion, finds that the Motion should be granted, thereby consolidating the above-captioned case with *Motocicletta, Inc. v. Philadelphia Indemnity Insurance Company*, Civil No. 4:17-CV-00728-O (N.D. Tex.), also pending before this Court.  It is, therefore, **ORDERED** that the relief requested in the Motion is **GRANTED**.

**SO ORDERED** this **12th day** of **September, 2017.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1